# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Armando Pacheco                    Docket Number:  0205 3:22CR00112-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stacey Alston, Probation Officer, presenting an official report upon the conduct of defendant Armando Pacheco, who was placed under pretrial release supervision by the Honorable Robert A. Richardson sitting in the court at Hartford, Connecticut on the sixteenth day of February, 2023 under the following conditions:

The defendant is placed in the custody of:
  Person or organization  Anna Alicia
  Address *(only if above is an organization)*
  City and State  East Hartford, CT          Tel. No.
  Submit to supervision by and report for supervision to the  U.S.P.O.
  telephone number                    no later than

- [✓] continue or actively seek employment.
- [✓] surrender any passport to:  U.S.PO.
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  Restrict travel to within the District of Connecticut unless you have prior permission from the court or U.S. Probation
- [✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:
  co-defendants
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. ¶ 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] not use alcohol    ( ) at all      (●) excessively.
- [✓] submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- [✓] participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 17, 2023, Mr. Armando Pacheco was arrested by Connecticut State Police and charged with Larceny of Motor Vehicle - First Offense. He was released on a promise to appear and scheduled to appear in New London Superior Court on July 27, 2023 under criminal docket number K21N-CR23-0168484-S.

On July 19, 2023, Mr. Armando Pacheco submitted a random urine screen which was positive for marijuana. The urine screen was addressed and Mr. Pacheco admitted to using the illicit substance a couple of days prior. It is noted that Mr. Pacheco was referred to Community Renewal Team (CRT) in Hartford, Connecticut and participates in individual substance abuse counseling. He was encouraged to discuss his use of illicit substances in treatment.

PRAYING THAT THE COURT WILL ORDER a Summons compelling Mr. Armando Pacheco to appear before the Court to show cause as to why his Conditions of Release should not be modified or revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on     Jul 20, 2023

Stacey Alston
U.S. Probation Officer

Place     Hartford, Connecticut